COMBINED TACTICAL SYSTEMS, INC. (now Combined Systems, Inc.), Plaintiff–Appellant,

v.

DEFENSE TECHNOLOGY CORPORATION OF AMERICA (now Safariland, LLC), Defendant–Appellee,

and

Federal Laboratories, Inc., Defendant.

No. 2010–1216.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2010.

Douglas J. Nash, Hiscock & Barclay, LLP, of Syracuse, New York, argued for plaintiff-appellant. With him on the brief were John D. Cook and John M. Nichols.

Jay R. Campbell, Renner, Otto, Boisselle & Sklar, LLP, of Cleveland, OH, argued for defendant-appellee. With him on the brief were Donald L. Otto and Mark C. Johnson.

GAJARSA, LINN, and MOORE Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**